CLERK'S OFFICE
UNITED STATES DISTRICT COURT
201 SOUTH EVANS STREET, ROOM 209
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE, NORTH CAROLINA 27858

OFFICIAL BUSINESS

NTXTF    061    FE 1700    0007/15/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 27858113799    *0880-06950-02-46

US POSTAGE
$ 000.51⁰
9    JUL 02 2021
OM ZIP CODE 27858

RECEIVED
JUL 20 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

UTF

Kidde-Fenwal, Inc.
One Financial Plaza
Hartford, CT 06101

UTF
06103-260899
27858911137



Phone (252) 830-2327
Fax (252) 830-2793

# United States District Court
## Office of the Clerk
**201 SOUTH EVANS STREET**
**GREENVILLE, NC 27858**

Peter A. Moore, Jr.,
Clerk of Court

June 30, 2021

Mona L. Wallace
John Hughes
Wallace & Graham, P.A.
525 N. Main St.
Salisbury, NC 28144
*Attorney for Plaintiff*

AGC Chemicals Americas
2 Stanton Street
Marinette, WI 54143

Amerex Corporation
7595 Gadsden Highway
Trussville, AL 35173

Arkema Inc.
900 1st Avenue
King of Prussia, PA 19406

BASF Corporation
100 Park Avenue
Florham Park, NJ 07932

Buckeye Fire Equipment Company
110 Kings Road
Kings Mountain, NC 28086

Carrier Global Corporation
13995 Pasteur Boulevard
Palm Beach Gardens, FL 33418

Chemdesign Products, Inc.
2 Stanton Street
Marinette, WI 54143

Chemicals, Inc.
12321 Hatcherville Road
Baytown, TX 77521

Clariant Corporation
4000 Monroe Road
Charlotte, NC 28205

Corteva, Inc.
974 Centre Road
Wilmington, DE 19805

Deepwater Chemicals, Inc.
196122 Country Road 40
Woodward, OK 73801

DuPont de Nemours Inc.
974 Centre Road
Wilmington, DE 19805

Dynax Corporation
103 Fairview Park Drive
Elmsford, NY 10523

E.I. DuPont De Nemours & Company
974 Centre Road

Kidde-Fenwal, Inc.
One Financial Plaza

Wilmington, DE 19805

Hartford, CT 06101

Nation Ford Chemical Co.
2300 Banks Street
Fort Mill, SC 29715

National Foam, Inc.
141 Junny Road
Angier, NC 27501

The Chemours Company LLC
1007 Market Street
Wilmington, DE 19899

The Chemours Company FC, LLC
1007 Market Street
Wilmington, DE 19899

3M Company
3M Center
St. Paul, MN 55144

RE: AQUA North Carolina, Inc. v. The 3M Company et al
5:21-CV-277-FL

**Notice to Parties Regarding Removal of Case to the Eastern District of North Carolina**

Dear Counsel of Record:

On June 29, 2021, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District of North Carolina Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a notice of substitution of counsel, or a motion to withdraw. Additionally, you must also file a disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed electronically using the Case Management/Electronic Case Filing System (CM/ECF). Information regarding CM/ECF and guidance in obtaining training and user log-in and password are available on the court's website, www.nced.uscourt.gov .

cc: Christopher J. Blake - via Notice of Electronic Filing

Sincerely,

Peter A. Moore, Jr.,
CLERK OF COURT

(By) /s/ Donna Rudd
Deputy Clerk